1  BENJAMIN B. WAGNER
   United States Attorney
2  HEATHER MARDEL JONES
   Assistant United States Attorney
3  United States Courthouse
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6  Attorneys for the United States

7

8            IN THE UNITED STATES DISTRICT COURT FOR THE

9                 EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,          )   1:11-CV-01687-AWI-DLB
                                       )
12              Plaintiff,             )   **APPLICATION AND ORDER FOR**
                                       )   **PUBLICATION**
13         v.                          )
                                       )
14                                     )
   REAL PROPERTY LOCATED AT            )
15 4100 EASTON DRIVE,                  )
   BAKERSFIELD, KERN COUNTY,           )
16 CALIFORNIA,                         )
   APN:332-256-17 (FORMERLY APN:       )
17 332-253-17), INCLUDING ALL          )
   APPURTENANCES AND                   )
18 IMPROVEMENTS THERETO, and           )
                                       )
19 REAL PROPERTY LOCATED AT            )
   4700 EASTON DRIVE,                  )
20 BAKERSFIELD, KERN COUNTY,           )
   CALIFORNIA,                         )
21 APN: 332-332-13,  INCLUDING ALL)
   APPURTENANCES AND                   )
22 IMPROVEMENTS THERETO                )
                                       )
23              Defendants.            )
   _____ )
24

25         The United States of America, Plaintiff herein, applies for an order of

26 publication as follows:

27         1.      Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims

28 and Asset Forfeiture Actions (hereafter "Supplemental Rules") provides that the

                                       1

1  Plaintiff shall cause public notice of the action to be given in a newspaper of general

2  circulation or on the official internet government forfeiture site;

3      2.    Local Rule 171, Eastern District of California, provides that the Court

4  shall designate by order the appropriate newspaper or other vehicle for publication;

5      3.    The defendants 4100 Easton Drive, Bakersfield, California, Kern

6  County, APN: 332-256-17 (formerly APN: 332-253-17), and 4700 Easton Drive,

7  Bakersfield, California, Kern County, APN: 332-332-13, including all

8  appurtenances and improvements thereto (hereafter collectively "defendant real

9  properties") are located in the city of Bakersfield, in Kern County, California.

10      4.    Plaintiff proposes that publication be made as follows:

11      a.    One publication;

12      b.    Thirty (30) consecutive days;

13      c.    On the official internet government forfeiture site

14      www.forfeiture.gov;

15      d.    The publication is to include the following:

16      (1)    The Court and case number of the action;

17      (2)    The date of the seizure/posting;

18      (3)    The identity and/or description of the property

19  seized/posted;

20      (4)    The name and address of the attorney for the Plaintiff;

21      (5)    A statement that claims of persons entitled to possession

22  or claiming an interest pursuant to Supplemental Rule G(5) must be filed with the

23  Court and served on the attorney for the Plaintiff no later than 60 days after the

24  first day of publication on the official internet government forfeiture site; and

25      (6)    A statement that answers to the Complaint or a motion

26  under Rule 12 of the Federal Rules of Civil Procedure must be filed and served

27  within 21 days after the filing of the claims and, in the absence

28  ///

1   thereof, default may be entered and condemnation ordered.

2   Dated: October 6, 2011                    BENJAMIN B. WAGNER
                                             United States Attorney
3
                                             /s/ Heather Mardel Jones
4                                            HEATHER MARDEL JONES
                                             Assistant United States Attorney
5
        IT IS SO ORDERED.
6
        **Dated:    October 11, 2011**              **/s/ Dennis L. Beck**
7                                            UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3                    Application and Order For Publication