BENJAMIN B. WAGNER
United States Attorney
HEATHER MARDEL JONES
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the United States

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> REAL PROPERTY LOCATED AT 4100 EASTON DRIVE, BAKERSFIELD, KERN COUNTY, CALIFORNIA, APN:332-256-17 (FORMERLY APN: 332-253-17), INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, and <br><br> REAL PROPERTY LOCATED AT 4700 EASTON DRIVE, BAKERSFIELD, KERN COUNTY, CALIFORNIA, APN: 332-332-13, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO <br><br> Defendants. | 1:11-CV-01687-AWI-DLB <br><br> **APPLICATION AND ORDER FOR PUBLICATION** |

   The United States of America, Plaintiff herein, applies for an order of publication as follows:

   1.   Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions (hereafter "Supplemental Rules") provides that the

1 Plaintiff shall cause public notice of the action to be given in a newspaper of general
2 circulation or on the official internet government forfeiture site;

3     2.    Local Rule 171, Eastern District of California, provides that the Court
4 shall designate by order the appropriate newspaper or other vehicle for publication;

5     3.    The defendants 4100 Easton Drive, Bakersfield, California, Kern
6 County, APN: 332-256-17 (formerly APN: 332-253-17), and 4700 Easton Drive,
7 Bakersfield, California, Kern County, APN: 332-332-13, including all
8 appurtenances and improvements thereto (hereafter collectively "defendant real
9 properties") are located in the city of Bakersfield, in Kern County, California.

10     4.    Plaintiff proposes that publication be made as follows:

11         a.    One publication;
12         b.    Thirty (30) consecutive days;
13         c.    On the official internet government forfeiture site
14             www.forfeiture.gov;
15         d.    The publication is to include the following:
16             (1)    The Court and case number of the action;
17             (2)    The date of the seizure/posting;
18             (3)    The identity and/or description of the property
19 seized/posted;
20             (4)    The name and address of the attorney for the Plaintiff;
21             (5)    A statement that claims of persons entitled to possession
22 or claiming an interest pursuant to Supplemental Rule G(5) must be filed with the
23 Court and served on the attorney for the Plaintiff no later than 60 days after the
24 first day of publication on the official internet government forfeiture site; and
25             (6)    A statement that answers to the Complaint or a motion
26 under Rule 12 of the Federal Rules of Civil Procedure must be filed and served
27 within 21 days after the filing of the claims and, in the absence
28 ///

1 | thereof, default may be entered and condemnation ordered.

2 | Dated: October 6, 2011               BENJAMIN B. WAGNER
                                         United States Attorney

                                         /s/ Heather Mardel Jones
                                         HEATHER MARDEL JONES
                                         Assistant United States Attorney

IT IS SO ORDERED.

**Dated:  October 11, 2011**                     **/s/ Dennis L. Beck**
                                         UNITED STATES MAGISTRATE JUDGE