# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>REAL PROPERTY LOCATED AT 4100 EASTON DRIVE, BAKERSFIELD, KERN COUNTY, CALIFORNIA, APN: 332-256-17 (FORMERLY APN: 332-253-17), INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, et al.,<br><br>   Defendants. | 1:11 -CV-01687 AWI JLT<br><br>**ORDER SETTING SETTLEMENT CONFERENCE**<br><br>**(Doc. 20)** |

Based upon the stipulation of counsel, the Court sets a settlement conference on **February 22, 2013** at 10:00 a.m. The conference will be held at the United States Courthouse, 510 19th Street, Bakersfield, California and it will be conducted by Magistrate Judge Thurston.

Unless otherwise permitted in advance by the Court, **the attorneys who will try the case shall appear** at the Settlement Conference **with the parties** and the person or persons having **full authority** to negotiate and settle the case **on any terms** at the conference. Consideration of settlement is a serious matter that requires preparation prior to the settlement conference. Set forth below are the procedures the Court will employ, absent good cause, in conducting the conference.

**At least 21 days before** the settlement conference, Claimant **SHALL** submit to Plaintiff via fax or e-mail, a written itemization of damages and a meaningful settlement demand which includes a brief explanation of why such a settlement is appropriate.  Thereafter, **no later than 14 days before** the settlement conference, Plaintiff **SHALL** respond, via fax or e-mail, with an acceptance of the offer or with a meaningful counteroffer, which includes a brief explanation of why the counteroffer is appropriate.

If settlement is not achieved, each party **SHALL** attach copies of their settlement offers to their confidential settlement conference statement, as described below.  Copies of these documents shall not be filed on the court docket.

**CONFIDENTIAL SETTLEMENT CONFERENCE STATEMENT**

**At least 5 court days prior** to the Settlement Conference, the parties shall submit, directly to Judge Thurston's chambers by e-mail to JLTOrders@caed.uscourts.gov, a confidential settlement conference statement.  The statement **should not be filed** with the Clerk of the Court **nor served on any other party**, although the parties may file a Notice of Lodging of Settlement Conference Statement.  Each statement shall be clearly marked "confidential" with the date and time of the Settlement Conference indicated prominently thereon.

The Confidential Settlement Conference Statement shall include the following:

A.   A brief statement of the facts of the case.

B.   A brief statement of the claims and defenses, i.e., statutory or other grounds upon which the claims are founded; a forthright evaluation of the parties' likelihood of prevailing on the claims and defenses; and a description of the major issues in dispute.

C.   A summary of the proceedings to date.

D.   An estimate of the cost and time to be expended for further discovery, pretrial and trial.

E.   The relief sought.

///
///
///

1    F.   The party's position on settlement, including present demands and offers and a
2 history of past settlement discussions, offers and demands.

4 IT IS SO ORDERED.

   Dated:   **January 25, 2013**              **/s/ Jennifer L. Thurston**
                                              UNITED STATES MAGISTRATE JUDGE